**MICRONESIAN LEGAL SERVICES
CORPORATION**
Christopher A. Heeb, Esq
P.O. Box 500826
Saipan, MP   96950
Email: chris.heeb@mlscnet.org
Telephone: (671) 234-7729

*Attorneys for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN MARIANA ISLANDS

|  |  |
|---|---|
| JOSHUA LAWRENCE ROBERT HUGHES,<br><br>               Plaintiff,<br><br>    vs.<br><br>FRANCISCO M. RABAULIMAN, in his official capacity as Secretary of the Commonwealth of the Northern Mariana Islands Department of Community and Cultural Affairs,<br><br>and<br><br>MARGARITA TORRES-ALDAN, in her official capacity as the NAP Administrator of the Commonwealth of the Northern Mariana Islands Nutrition Assistance Program,<br><br>               Defendants. | Case No. 1:26-cv-00015<br><br><br>**NOTICE OF MAILING ADDRESSES FOR DEFENDANTS** |

### NOTICE OF MAILING ADDRESSES FOR DEFENDANTS

Plaintiff, Joshua Lawrence Robert Hughes, by and through counsel, Christopher Heeb of

Micronesian Legal Services Corporation, in accordance with the Court's Screening Order (ECF

1

No. 3) hereby provides notice of the mailing addresses for the Defendants.  The mailing

addresses provided for Defendants are their professional mailing addresses with DCCA and

NAP, respectively.

Francisco M. Rabauliman
Office of the Secretary of the CNMI Department of Community and Cultural Affairs
Caller Box 10007
Capitol Hill
Saipan, MP 96950

Margarita Torres-Aldan
Administrator of the CNMI Nutrition Assistance Program
PO Box 501488
Saipan, MP 96950

Dated: August 6, 2026

Respectfully submitted,

_____/s/ Christopher Heeb_____
Christopher Heeb
**Micronesian Legal Services Corporation**
PO Box 500826
Saipan, MP 96950
(670) 234-7729
chris.heeb@mlscnet.org

2