ORIGINAL

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Northern Mariana Islands

**FILED**
Clerk
District Court

**AUG 10 2026**

for the Northern Mariana Islands
By _____
(Deputy Clerk)

|  |  |
|---|---|
| JOSHUA LAWRENCE ROBERT HUGHES | ) ) ) ) ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| FRANCISCO M. RABAULIMAN, in his official capacity as Secretary of the Commonwealth of the Northern Mariana Islands Department of Community and Cultural Affairs, et al. | ) ) ) ) ) ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No.  1:26-cv-00015

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   CNMI Attorney General
CNMI Office of the Attorney General
Juan A. Sablan Memorial Building
Pagan Loop, Capitol Hill
Caller Box 10007
Saipan, MP 96950

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MICRONESIAN LEGAL SERVICES CORPORATION
Christopher A. Heeb, Esq.
P.O. Box 500826
Saipan, MP 96950

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**RECEIVED**

**AUG 07 2026**

U.S. Marshals Service
Northern Mariana Islands

Date: _____08/07/2026_____

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-00015

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CNMI ATTORNEY GENERAL OFFICE
was received by me on *(date)* 8/7/26 .

☑ I personally served the summons on the individual at *(place)* CNMI AG OFFICE, JUAN A. SABLAN BLDG, CAPITOL HILL, SPN on *(date)* 8/7/26 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8/10/26

_____
Server's signature

SAMUEL SOSA, DUSM
Printed name and title

US COURTHOUSE, SAIPAN, MP
Server's address

Additional information regarding attempted service, etc:

SPECIFIC PERSON SERVED:
CARLA T. HOCOG, MANAGER, ADMINISTRATIVE SVCS.